UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Mohamed Musadique,

                            Plaintiff,
     -against-

Merrick B. Garland, et al.,

                          Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2021

19 CIVIL 8381 (AJN)

## JUDGMENT

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 22, 2021, Defendants' motion to dismiss the Amended Complaint is GRANTED. Defendants' motion to dismiss the original Complaint is denied as moot; accordingly, this case is closed.

**Dated:** New York, New York

      March 22, 2021

                                                                 RUBY J. KRAJICK

                                                                 Clerk of Court
                                      BY:
                                                                 Deputy Clerk